# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-3069
_____

STATE OF FLORIDA,

   Appellant,

v.

PARKER STANLEY HOVIS,

   Appellee.

_____

On appeal from the County Court for Alachua County.
Susan Miller-Jones, Judge.

March 19, 2026

PER CURIAM.

   AFFIRMED.

LEWIS, KELSEY, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

James Uthmeier, Attorney General, and Virginia Chester Harris, Senior Assistant Attorney General. Tallahassee, for Appellant.

Jessica J. Yeary, Public Defender, and Kathleen Elizabeth Pafford, Assistant Public Defender, Tallahassee, for Appellee.